# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MARCUS JEROME WASHINGTON,
Claimant,

v.

AMERICAN HONDA FINANCE CORPORATION,
Respondent,

Case: 1:23-cv-03837 JURY DEMAND
Assigned To : Cobb, Jia M.
Assign. Date : 12/28/2023
Description: Pro Se Gen. Civ. (F-DECK)

CLAIM

INTRODUCTION

Claimant, MARCUS JEROME WASHINGTON (hereinafter "Claimant") brings this action against AMERICAN HONDA FINANCE CORPORATION, located at 1919 Torrance Boulevard, Torrance, California 90501-2746 (hereinafter "Respondent") for violations of the Truth in Lending Act (TILA), the Securities Exchange Act Rule 10b-5, § 22–3307 of the Code of the District of Columbia, the Fifth Amendment of the United States Constitution, Public Policy 73-10, and House Joint Resolution (HJR) 192.

1. Now comes the private party, Marcus-Jerome: Washington, Original Creditor, injured creditor and the real party of interest (hereinafter "Claimant", "Original Creditor") in peace and without controversy, over 21: years of: age, of sound mind, competent, with firsthand knowledge of the facts in Good Faith, without argument, without prejudice, without displaced rights, acting on behalf of: MARCUS JEROME WASHINGTON'S commercial interest; and denies expressly, directly, and explicitly that $47,438.64 was borrowed from AMERICAN HONDA FINANCE CORPORATION.



**RECEIVED**

DEC 28 2023

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

PARTIES

1. Claimant, MARCUS JEROME WASHINGTON, c/o 3428 21st Street Southeast, Washington, District of Columbia [20020], is the owner of the Motor Carrier in question.

2. Respondent, AMERICAN HONDA FINANCE CORPORATION, is a business entity operating at 1919 Torrance Boulevard, Torrance, CA 90501-2746

JURISDICTION AND VENUE

1. This Court has federal question jurisdiction over the matter pursuant to 28 USC 1331, violations alleged under federal statutes including TILA and the Securities Exchange Act.

2. Venue is proper in this District under 28 U.S.C. § 1391 as the events giving rise to the claim occurred within this District.

NEGATIVE AVERMENTS

1. Respondent committed violations equivalent to theft by conversion under Washington DC General Statutes, in violation of TILA and the Securities Exchange Act Rule 10b-5. Strict rebuttal is demanded.

2. Respondent violated Claimant's Fifth Amendment rights through the wrongful repossession of a vehicle in contravention of Washington DC state laws. Notice of wrongful repossession is included in accordance with Chapter 25, Uniform Commercial Code, Article 1, General Provisions, Part 1, § 25-1-206. Strict rebuttal is demanded.

3. 28–3601 of the Code of the District of Columbia clarifies that this transaction involves a security interest pursuant to 15 USC 1635 and that same section was violated due to failure to give notice. This security interest was also rescinded

for the record and will be entered on amendment pending the acceptance of this filing as an exhibit. Strict rebuttal is demanded.

4. Respondent violated § 22–3307 of the Code of the District of Columbia for maliciously or with intent to injure or defraud any other person defaces, mutilates, destroys, abstracts, or conceals the whole or any part of any record authorized by law to be made. Strict rebuttal is demanded.

FIFTH AMENDMENT VIOLATION OF DUE PROCESS

1. Claimant asserts that Respondent's repossession of the vehicle constitutes a violation of the due process clause of the Fifth Amendment, involving the deprivation of property without legal process and just compensation. Strict rebuttal is demanded.

2. Respondent's failure to provide adequate notice and opportunity for the Claimant to be heard before repossession is a direct violation of procedural due process rights. Strict rebuttal is demanded.

KNOWING AND WILLFUL VIOLATION OF PUBLIC POLICY AND HJR 192

1. Respondent knowingly and willfully violated Public Policy 73-10 and HJR 192, relating to the fair and equitable treatment in financial transactions and the discharge of debt. Strict rebuttal is demanded.

CAUSES OF ACTION

1. Claimant asserts that Respondent's actions constitute violations of TILA, the Securities Exchange Act Rule 10b-5, § 22–3307 of the Code of the District of Columbia, the Fifth Amendment, Public Policy 73-10, and HJR 192. Strict rebuttal is demanded.

REQUEST FOR RELIEF

a. An account of profits to determine amount of punitive and compensatory damages in the amount of the total value of the vehicle and additional fees, totaling an amount not to exceed $75,000.
b. An order rescinding the security interest and rectifying the contract.
c. An order reconveying title to the Claimant, free and clear of any outside liens.
d. The entry of the above remedies into the court record.
e. Claimant further requests any other relief deemed just and appropriate by the Court.

DEMAND FOR JURY TRIAL

1. Claimant hereby demands a trial by jury on all issues so triable.

UNSIGNED DECLARATION

I declare, by and through the pains of perjury, without the United States, that the foregoing is true and correct for the best of my knowledge. Executed on December 28, 2023.

Respectfully submitted,

By: *Marcus-Jerome: Washington*
Marcus-Jerome: Washington, In Good Faith
Beneficiary, All Rights Reserved.