IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

CIVIL COVERSHEET

Case No: 1:**2023-cv-03837**

From Claimant, **MARCUS JEROME WASHINGTON**

To be filed into case by Clerk of the Court

ORDER FOR DEFAULT JUDGEMENT PURSUANT TO RULE 55(a)

Enclosed Docs

1. ORDER FOR DEFAULT JUDGEMENT PURSUANT TO RULE 55(a)
2. Exhibit A- Notice of Rescission of Security Interest in Collateral Description: 2021 Honda Passport VIN Number 5FNYF8H55MB007386



RECEIVED

FEB 11 2024
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

**MARCUS JEROME WASHINGTON,**

Claimant,

v.                                                                  **Case No**: 1:2023-cv-03837

**AMERICAN HONDA**

**FINANCE CORPORATION,**

Respondent,

**ORDER FOR DEFAULT JUDGMENT PURSUANT TO RULE 55(a)**

Upon consideration of the Claimant's motion for default judgment pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and for failing to respond within a timely fashion without a legitimate cause, no evidence requested being provided, and no rebuttal to the claim of an unenforceable contract being presented in defense, it is hereby:

ORDERED that the Claimant's motion for default judgment is GRANTED; and it is further

ORDERED that the Respondent, AMERICAN HONDA FINANCE CORPORATION, is found in default for failing to plead or otherwise defend against the Claimant's allegations as required by law; and it is further ORDERED that the Claimants motion for a default judgment is GRANTED and it follows as such:

1. An account of profits to determine the amount of punitive and compensatory damages in the amount of the total value of the vehicle and additional fees, totaling an amount of $150,000.00; and
2. An immediate rescission of the security interest and rectification of the contract.

3. An order reconveying title and ownership rights for the Claimant free and clear of any outside liens; and

4. Release of title and all other claims for the real property identified by VIN NUMBER 5FNYF8H55MB007386 and any property in-real or real attached for the property marked by the above referenced VIN number; and

5. Claimant demands that judgement be entered against the Respondent, including an award of trebled damages as consistent with 18 U.S.C. §1964(c), compensatory and actual damages, pre-judgment interest, costs, and an award in excess of $150,000.00 for actual compensatory, trebled in excess of, and other such relief as the Court may deem just and proper; and

6. For Special Damages in an amount allowed by law; and

7. For General Damages in an amount allowed by law; and

8. For Punitive Damages as allowed by law; and

9. For Restitution as allowed by law; and

10. For Declaratory Relief, including but not limited for the following Decrees of this Court that; and

11. Claimant is the prevailing party; and

12. The Trustees of the Trusts have no enforceable secured or unsecured claim against the property; and

13. The Sponsor has no enforceable secured or unsecured claim against the property; and

14. The Depositor has no enforceable secured or unsecured claim against the property; and

15. The Originator has no enforceable secured or unsecured claim against the property; and

16. Determines all adverse claims for the real property in this proceeding; and

17. Claimant is entitled for the exclusive possession of the property; and

18. Claimant own in fee simple, and are entitled for the quiet and peaceful possession of the above-described real property; and



It is hereby entered on February 11, 2024, this ORDER disposes of all claims in this action and the Clerk of Court is directed for entering judgment accordingly and close this case;

IT IS SO ORDERED.

By: _____

US DISTRICT COURT JUDGE

By: *Marcus-Jerome: Washington*

Marcus-Jerome: Washington

Sole Beneficiary, In Good Faith

All Rights Reserved



**MARCUS JEROME WASHINGTON**
3428 21st Street Southeast
Washington, District of Columbia [20020-6109]

**AMERICAN HONDA FINANCE CORPORATION**
1919 Torrance Boulevard,
Torrance, California 90501-2746

Subject: **Notice of Rescission of Security Interest**, Loan # **448610848**
Collateral Description: 2021 Honda Passport VIN Number 5FNYF8H55MB007386

**To Holder in Due Course,**

This letter constitutes a **Qualified Written Request** under the **Truth in Lending Act (TILA), the Securities Exchange Act Rule 10b-5, § 22–3307** of the Code of the District of Columbia, the **Fifth Amendment of the United States Constitution, Public Policy 7310**, and House Joint Resolution **(HJR) 192**.

Under the authority of the **Truth in Lending Act (TILA), 15 USC 1635(a)**, I am invoking the right to **rescind the unlawful security interest** obtained on the abovementioned loan. This action is grounded in the provisions of **15 USC 1635(b)**, as it pertains to the **TILA's right of rescission**, and is also informed by the violations under **Rule 10b-5 of the Securities and Exchange Act and 15 USC 1692j** regarding the illegal acquisition of a security interest. The abovementioned rescission is also invoked in relation to **§ 28–3601 of the Code of the District of Columbia** which clarifies that this transaction involves a security interest pursuant to **15 USC 1635** and that same section was violated due to failure to give notice.

This rescission specifically targets the **invalid** and **unlawful** parts of the contract, particularly the **security interest**, and does not annul the entire contract. The aim is to rectify the aspects of the contract that are in violation of the aforementioned statutes, without negating the entirety of our contractual agreement.

I respectfully request the following information to address potential errors and service issues:

1. A comprehensive statement of payment history, detailing dates and amounts of all payments made and how these payments were applied to principal, interest, and escrow.

2. An itemized statement of the loan balance that includes principal, interest, fees, escrow, and any other charges, with each category clearly separated and explained.
3. Copies of all documents, notes, and security instruments related to the origination of the loan.
4. Documentation proving **AMERICAN HONDA FINANCE CORPORATION's** legal authority to enforce the promissory note associated with this loan.
5. A detailed explanation of all fees and charges applied to my account, including late fees and transaction fees, with corresponding dates and justifications.
6. A certified copy of the **chain of custody** of the **original promissory note**, demonstrating its current location and transfer history.
7. A complete accounting of all transactions (**credits and debits**) from the **origination of the loan** to the present, also known as a "**Life of Loan**" history.

I expect your acknowledgment of this request within five (5) business days, identification of the current owner of the debt within ten (10) business days, and a comprehensive response within thirty (30) business days. Failure to comply with these requests will be considered an administrative default and a violation of federal law, potentially leading to legal consequences, including damages and costs.

Unsworn Declaration

I declare, by and through the pains of perjury, without the United States, that the foregoing is true and correct for the best of my knowledge. Executed on December 29, 2023.

Govern yourselves accordingly,

By: *Marcus-Jerome:Washington*
Marcus-Jerome: Washington, Beneficiary
In Good Faith, All Rights Reserved

